**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION**

| | |
|---|---|
| MATTHEW WOELKE, | |
| Plaintiff, | CIVIL ACTION NO.: 4:25-cv-236 |
| v. | |
| CAPITAL ONE AUTO FINANCE, INC., et al., | |
| Defendants. | |

## O R D E R

Before the Court is a Stipulation of Dismissal, signed by counsel for Plaintiff and counsel for Defendants, stipulating to the dismissal of this case with prejudice, with each party to bear its own attorneys' fees and costs.  (Doc. 15.)  Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), this action has been **DISMISSED with prejudice**.  The Clerk of Court is hereby authorized and directed to **CLOSE** this case.

**SO ORDERED**, this 7th day of May, 2026.

R. STAN BAKER, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA